IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BRANDON GRINDLE                                                                                   PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 2:14-cv-197-KS-MTP

LEPHER JENKINS, Warden                                                                        DEFENDANT

## ORDER

A Notice of Appeal having been filed in the above captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254, and the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

A Certificate of Appealability should not issue.

Reasons:

This Court finds that the Petitioner has failed to make a substantial showing of a violation of a Constitutional or statutory right.

SO ORDERED AND ADJUDGED on this, the   5th   day of January,  2017.

                                                                                          s/Keith Starrett
                                            UNITED STATES DISTRICT COURT JUDGE